Certificate Number: 05781-FLM-DE-041245316

Bankruptcy Case Number: 26-05601



05781-FLM-DE-041245316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2026, at 1:02 o'clock PM PDT, Rickey Shine completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 24, 2026                            By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President