Certificate Number: 05781-FLM-DE-041218546

Bankruptcy Case Number: 26-02965



05781-FLM-DE-041218546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 1:06 o'clock PM PDT, Patricia Royle completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:  July 17, 2026                    By:    /s/Allison M Geving

Name:  Allison M Geving

Title:  President